IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00107-KJM |
| Plaintiff, | |
| v. | ORDER |
| TRAVIS BURHOP, | |
| Defendant. | |

On April 27, 2020, the court and the parties held a telephonic conference to discuss a Rule 17(c) subpoena requested by defendant Burhop and approved, in part, by the court. Attorney Tim Pori was telephonically present for Mr. Burhop. Assistant U.S. Attorneys Jason Hitt, Ross Pearson, David Spencer, and Matthew Segal were telephonically present on behalf of the government. Following the discussion between the court and the parties, the court now orders the following:

The documents at ECF No. 380 and ECF No. 380-2, previously filed on the docket under seal, shall be placed on the public docket.[1]

The execution of the subpoena previously approved by the court at ECF No. 380 and now at issue is STAYED pending resolution of the government's challenge.

/////

---

[1] Defense counsel confirmed during and shortly after the conference call that the defense has no objection to those documents being unsealed. The document at ECF No. 380-1 shall **remain under seal**.

1

1   The court also sets the following schedule as to the subpoena: (1) Mr. Burhop's response brief to the government's challenge is due by May 1, 2020; (2) the government's reply is due May 8, 2020; and (3) hearing on the issue is set before the undersigned on May 13, 2020 at 11:00 a.m. in Courtroom No. 8.  Appearances by counsel at that hearing shall be telephonic.

So Ordered.

DATED:  April 27, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE