McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS BURHOP,<br><br>Defendant. | CASE NO. 2:19-CR-0107 KJM<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING BRIEFING SCHEDULE AND HEARING ON GOVERNMENT'S OPPOSITION TO MOTION FOR NONDISCLOSURE ORDER AND ORDER ALLOWING EARLY-RETURN SUBPOENA FOR VICTIM INFORMATION, OR, IN THE ALTERNATIVE, MOTION TO VACATE ORDER AND QUASH SUBPONEA |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the defendant Travis Burhop's brief in opposition to the Government's Opposition to the Motion for Nondisclosure Order and Order Allowing Early-Return Subpoena for Victim Information or, in the alternative, Motion to Vacate Order and Quash Subpoena, Docket No. 426 (under seal), was set for May 1, 2020, with a government reply due on May 8, 2020, and a hearing on May 13, 2020. Order, Docket No. 428.

2. Burhop filed his opposition on May 4, 2020. Docket No. 442. After receiving the Court's permission, the parties agree that a new date for the government's reply brief and a new hearing date are necessary to provide sufficient time to properly address the issues raised.

3. Therefore, the government and counsel for defendant Burhop agree and stipulate, and respectfully request that the Court order the following:

    a) In light of the Court's Order authorizing the Burhop subpoena and the subpoena itself being filed on the public docket, the government's Opposition to the Motion for Nondisclosure Order and Order Allowing Early-Return Subpoena for Victim Information or, in the alternative, Motion to Vacate Order and Quash Subpoena, Docket No. 426, should also be unsealed and filed on the public docket;

    b) The government's reply brief in support of its motion, Docket No. 426, is due on May 13, 2020; and

    c) A hearing on the government's motion is reset from May 13, 2020, to May 20, 2020, at 11:00 a.m.

IT IS SO STIPULATED.

                                                McGREGOR W. SCOTT
                                                United States Attorney

Dated: May 5, 2020                      /s/ *Jason Hitt*
                                                JASON HITT
                                                Assistant United States Attorney

Dated: May 5, 2020                      /s/ *Tim Pori, Esq.*
                                                Tim Pori, Esq.
                                                Counsel for Defendant
                                                TRAVIS BURHOP
                                                Authorized to sign for Mr. Pori
                                                on 5-5-20

**[~~PROPOSED~~] ORDER**

Based upon the representations and stipulation of the parties, the Court orders the following:

a) The government's Opposition to the Motion for Nondisclosure Order and Order Allowing Early-Return Subpoena for Victim Information or, in the alternative, Motion to Vacate Order and Quash Subpoena, Docket No. 426, is unsealed and shall be filed on the public docket;

b) The government's reply brief in support of its motion, Docket No. 426, is due on May 13, 2020; and

c) A hearing on the government's motion is reset from May 13, 2020, to May 20, 2020, at 11:00 a.m.

IT IS SO ORDERED.

Date: May 5, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE