UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVIS BURHOP,<br><br>    Defendant. | No.  2:19-cr-107-KJM-EFB P<br><br><br>ORDER AFTER HEARING |

On May 20, 2020, the parties appeared before the court for hearing on the government's motion to quash Mr. Burhop's Rule 17(c) subpoena. ECF No. 446. Counsel Tim Pori appeared telephonically on behalf of Mr. Burhop and Assistant United States Attorney Jason Hitt appeared in person on behalf of the government. After hearing the parties' arguments, the court deferred a final ruling on the government's motion pending an *in camera* review of the documents sought by the Rule 17(c) subpoena. Thus, it now modifies the stay on the subpoena (*see* ECF No. 428) and directs non-party California Department of Corrections and Rehabilitation to serve the relevant documents directly on the court. The three categories of documents are, to reiterate:

> (1) all documents possessed by the California Department of Corrections and Rehabilitation in BURHOP, TRAVIS WAYNE, CDCR T71513 Central File relating to – BURHOP, TRAVIS WAYNE CDCR #T71513;

(2) All Transfer Records, as defined under the Department of Corrections and Rehabilitation Operations Manual Article V, OM 72030.5.1, including "Records Transfer Check Sheets," "Daily Movement Sheets," and CDCR Form 134s, and "Classification Records" as defined in CDCR OM 72030.4.3 from January 1, 2016 until December 31, 2016 pertaining to MICKEY, JAMES ALLEN CDCR # D37676 contained in Mr. Mickey's Central File; and

(3) All CDCR investigation records, including confidential records pertaining to the investigation into alleged threats made against MICKEY, JAMES ALLEN CDCR # D37676 contained in Mr. Mickey's Central File allegedly made by YANDELL, RONALD DEAN CDCR # V27927, BURHOP, TRAVIS WAYNE, CDCR T71513, and TROXELL, DANNY OTHEL, CDCR #B76578.

Those records should be served – preferably in a digital format - at the undersigned's chambers by June 19, 2020. As noted at the hearing, however, the court is amenable to extending that deadline given the practical difficulties that may be posed by the current pandemic.

So Ordered.

DATED: May 20, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2