1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9      UNITED STATES OF AMERICA,                   No.  2:19-cr-107-KJM

10                    Plaintiff,

11            v.                                    ORDER AFTER HEARING

12     TRAVIS BURHOP,

13                    Defendant.

14

15          On August 26, 2020, the parties appeared before the court for hearing on the California

16     Department of Corrections and Rehabilitation ("CDCR")'s motion to quash Mr. Burhop's Rule

17     17(c) subpoena.  ECF No. 489.  Counsel Tim Pori appeared on behalf of Mr. Burhop, Assistant

18     United States Attorney David Spencer appeared on behalf of the government, and counsel

19     Heather Heckler appeared on behalf of CDCR.  All parties – including Mr. Burhop - appeared by

20     way of Zoom application.

21          After hearing the parties' arguments, the court deferred a final ruling on CDCR's motion

22     to quash.  Instead, for the reasons stated on the record, the court directed the parties to confer as

23     to how Mr. Pori might be permitted to review the records in person, at a secure location, and

24     pursuant to a protective order that all parties agree to.  Under the order to be agreed upon, Mr.

25     Pori would be allowed to review the documents[1], take notes, and subsequently designate which, if

26          [1] The categories of documents are, as noted previously:

27               (1) all documents possessed by the California Department of
                 Corrections and Rehabilitation in BURHOP, TRAVIS WAYNE,
28               CDCR T71513 Central File relating to – BURHOP, TRAVIS

                                              1

1   any, of the documents he believed was necessary to his client's defense.  Unless further objected

2   to through further supplemental briefing by the United States or the CDCR, the specific

3   documents designated would then be provided to Mr. Pori subject to protective order.  All

4   documents at issue in this matter would, at all times, be for Mr. Pori's eyes only and he would not

5   be permitted to share any of the documents or information therein with his client or any other

6   individual pending further order of the court.  Finally, all identifying information – names,

7   descriptions, inmate numbers, etc. - of third parties in the confidential records may be redacted by

8   CDCR in order to protect staff, inmate informants, and overall institutional security.

9          The court set the following schedule for completion of this process:

10          (1)  The proposed protective order governing Mr. Pori's review of the documents shall be

11  prepared and agreed upon by September 9, 2020;

12          (2)  Mr. Pori shall be allowed to begin his document review no later than November 9,

13  2020;

14          (3)  Mr. Pori should designate the specific documents he believes are necessary to his

15  client's defense by November 23, 2020;

16          (4)  any supplements to the current motions to quash (either the government's or the

17  CDCR's) based on Mr. Pori's review and designation shall be filed no later than December 21,

18  2020; and

19  /////

20  _____

21          WAYNE CDCR #T71513;

22          (2) All Transfer Records, as defined under the Department of
        Corrections and Rehabilitation Operations Manual Article V, OM
        72030.5.1, including "Records Transfer Check Sheets," "Daily

23      Movement Sheets," and CDCR Form 134s, and "Classification
        Records" as defined in CDCR OM 72030.4.3 from January 1, 2016

24      until December 31, 2016 pertaining to MICKEY, JAMES ALLEN
        CDCR # D37676 contained in Mr. Mickey's Central File; and

25

26      (3) All CDCR investigation records, including confidential records
        pertaining to the investigation into alleged threats made against
        MICKEY, JAMES ALLEN CDCR # D37676 contained in Mr.

27      Mickey's Central File allegedly made by YANDELL, RONALD
        DEAN CDCR # V27927, BURHOP, TRAVIS WAYNE, CDCR

28      T71513, and TROXELL, DANNY OTHEL, CDCR #B76578.

                                           2

1    (5)  if further hearing is necessary as to any supplemental motion to quash, the court will

2  notify the parties of the date and time of such hearing by minute order.

3    So Ordered.

4  DATED:  August 26, 2020.

5    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3