TIM A. PORI (SBN 189270)
ATTORNEY AT LAW
724 Texas Street
Fairfield, CA. 94533
(707) 427-2800
Fax (707) 427-2220

Attorney for Defendant
TRAVIS WAYNE BURHOP

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et. al,,<br><br>                Defendants. | Case No.  2:19-cr-0107-KJM<br><br>NOTICE OF WITHDRAWAL OF SUBPOENA FOR RECORDS BY DEFENDANT TRAVIS BURHOP AND ORDER VACATING MAGISTRATE JUDGE RULING, PENDING REQUESTS FOR RECONSIDERATION, AND PENDING BRIEFING SCHEDULE |

DEFENDANT TRAVIS WAYNE BURHOP hereby notifies this Court, counsel for the UNITED STATES OF AMERICA, and counsel for the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR"), that Mr. TRAVIS WAYNE BURHOP hereby WITHDRAWS the subpoena issued by the honorable Magistrate Judge Edmund F. Brennan on March 12, 2020, pursuant to Federal Rule of Criminal Procedure Rule 17c seeking records from the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.

As a result of Burhop's withdrawal of the subpoena, the parties respectfully request that this Court vacate the Magistrate Judge's Ruling of August 26, 2020, ECF No. 586.  The United States moves to withdraw its Request to Reconsider the Ruling of August 26, 2020, ECF No. 606, because it is rendered moot by defendant Burhop's withdrawal of the subpoena from March 12, 2020.

In addition, third party CDCR moves to withdraw its Request for Reconsideration, ECF No. 604, on the same basis.

**BACKGROUND**

On March 12, 2020, Magistrate Judge Brennan issued a subpoena duces tecum to Defendant Burhop for records to be produced by the CDCR. ECF No. 489 at 9. The government and the CDCR moved to quash the subpoena. ECF Nos. 446, 489.

After reviewing the subpoenaed records *in camera*, the Magistrate Judge held a hearing on the Motion to Quash and issued an Order requiring CDCR to allow defense counsel to review redacted copies of the documents at a secure location subject to a protective order requiring that he not disclose any of the information reviewed. ECF No. 586.

The CDCR moved for reconsideration of Magistrate Brenan's ruling (ECF No. 604). The United States government also moved for reconsideration. ECF N0. 606. The parties and third party CDCR then agreed to a briefing schedule on the pending requests for reconsideration. This Court adopted that schedule through an Order issued on October 1, 2020. ECF No. 641.

The parties now stipulate and agree and request the Court enter the following orders:

1. Defendant Burhop moves to withdraw the subpoena to CDCR issued by Magistrate Judge Edmund F. Brennan on March 12, 2020 addressed to the CDCR.
2. As a result of Burhop's withdrawal of the subpoena, the parties respectfully request that this Court vacate the Magistrate Judge's Ruling of August 26, 2020, ECF No. 586.
3. In light of Burhop's withdrawal of the subpoena, the United States moves to withdraw its Request to Reconsider the Ruling of August 26, 2020, ECF No. 606, because that request is rendered moot by Burhop's withdrawal of the subpoena from March 12, 2020.
4. In light of Burhop's withdrawal of the subpoena, the CDCR moves to withdraw its Request for Reconsideration, ECF No. 604, because that request is rendered moot by Burhop's withdrawal of the subpoena from March 12, 2020.

5. As a result of Burhop's withdrawal of the subpoena, the parties respectfully request that this Court vacate the briefing schedule established in ECF No. 641.

Dated:  October 26, 2020  /s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant Travis Burhop

Dated:  October 26, 2020  /s/ Jason Hitt
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff United States of America

Dated:  October 26, 2020  /s/ Heather M. Heckler
HEATHER M. HECKLER
Attorney for California Department of Corrections and Rehabilitation

**ORDER**

The Court accepts the stipulation and proposal submitted by the United States, defendant Travis Burhop, and third party CDCR. Accordingly, the Court hereby ORDERS the following:

1. The subpoena issued to defendant Travis Burhop by Magistrate Judge Edmund F. Brennan on March 12, 2020, addressed to the CDCR is WITHDRAWN on motion of defendant Burhop.
2. The Magistrate Judge's Ruling of August 26, 2020, ECF No. 586, is VACATED as MOOT.
3. On motion of the United States, its Request to Reconsider the Ruling of August 26, 2020, ECF No. 606, is WITHDRAWN.
4. On motion of third party CDCR, its Request for Reconsideration, ECF No. 604, is WITHDRAWN.
5. The briefing schedule established in ECF No. 641 related to the Burhop subpoena is VACATED.

IT IS SO ORDERED.

Dated:  November 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE