| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CAROLYN M. WIGGIN, #182732 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
| | Tel: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | carolyn_wiggin@fd.org |

Attorneys for Defendant
TRAVIS BURHOP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00107-KJM |
| Plaintiff, | **MOTION FOR SUBSTITUTION OF COUNSEL** |
| vs. | |
| TRAVIS BURHOP, | |
| Defendant. | |

Undersigned counsel hereby respectfully moves to withdraw as counsel for Mr. Burhop. Ms. Erin Radekin seeks to substitute for undersigned counsel.

Pursuant to Local Rule 182(g), Defendant Travis Burhop respectfully moves this Honorable Court to permit the Federal Defender to withdraw as counsel and to order the appointment of Ms. Radekin to represent Mr. Burhop. Counsel's full name and address are as follows:

    Erin J. Radekin
    Law Office of Erin J. Radekin
    2012 H Street
    Suite 200

-1-

Sacramento, CA 95811
Telephone: 916-504-3931
Fax: 916-447-2988
Email: erinjradekin@gmail.com

Dated: February 18, 2025

          HEATHER E. WILLIAMS
          Federal Defender

          */s/ Carolyn M. Wiggin*
          CAROLYN M. WIGGIN
          Assistant Federal Defender

I accept the substitution and ask to be appointed.

Dated: February 18, 2025        */s/ Erin J. Radekin*
          ERIN J. RADEKIN
          Attorney for Defendant
          TRAVIS BURHOP