**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
TRAVIS BURHOP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>TRAVIS BURHOP,<br><br>           Defendant. | CASE NO. 2:19-CR-00107-KJM-4<br><br>**ORDER RE REQUEST TO FILE SENTENCING TRANSCRIPT UNDER SEAL** |

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, the sentencing transcript – shall be sealed under further order of this court.

DATED: March 19, 2025.

_____
UNITED STATES DISTRICT JUDGE

1