1  MICHELE BECKWITH
   Acting United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            | CASE NO. 2:19-CR-00107-KJM
11 |                  Plaintiff,          | STIPULATION REGARDING SCHEDULE
   |                                      | FOR DEFENDANT'S MOTION TO VACATE
12 |         v.                           | PURSUANT TO 28 U.S.C. § 2255;
   |                                      | ORDER
13 | TRAVIS BURHOP,
14 |                  Defendant.

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On January 31, 2025, the Defendant filed a motion to vacate pursuant to 28 U.S.C. § 2255. ECF 2536. The Government's response is due March 31, 2025. ECF 2578.

2. The parties request additional time to review the Defendant's claim because it may be moot based upon recent developments. The requested time will assist the parties in verifying whether the requested relief is still necessary.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion as follows:

a) The Government's response to the Defendant's motion is to be filed on or before April 14, 2025;

b) The Defendant's reply to the Government's response to be filed on or before April 28, 2025.

IT IS SO STIPULATED.

Dated: March 31, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: March 31, 2025

/s/ *Erin J. Radekin*
ERIN J. RADEKIN
Attorney for Defendant
Travis Burhop

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's § 2255 motion:

a) The Government's response to the Defendant's motion, (ECF 2536), is now due on or before April 14, 2025;

b) The Defendant's reply to the Government's response, if any, is due on or before April 28, 2025.

IT IS SO FOUND AND ORDERED this 2nd day of April, 2025.

UNITED STATES DISTRICT JUDGE