LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
DANNY TROXELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DANNY TROXELL,<br><br>           Defendant. | Case No.: 2:19-cr-0107 KJM<br><br>SEALING ORDER<br><br>Date:   October 15, 2025<br>Time:  10:00 a.m.<br>Court:  Hon. Kimberly J. Mueller |

**ORDER**

Pursuant to Local Rule 141(b), Defendant's Request to Seal and the Declaration of Attorney Todd D. Leras (including its attached Exhibit) shall be sealed until further order of this Court.

IT IS SO ORDERED.

DATED: September 16, 2025.

*/s/ Kimberly J. Mueller*
UNITED STATES DISTRICT JUDGE

SEALING ORDER